Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 3

> **CLEVELAND-CLIFFS INC.,**
>
> Plaintiff,
>
> v.
>
> **UNITED STATES,**
>
> Defendant.

**S U M M O N S**

Court No.: 23-00050

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. Plaintiff, Cleveland-Cliffs Inc. is a domestic producer of carbon and alloy steel cut-to-length plate and is, therefore, an interested party within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(C). Plaintiff was also a participant in the five-year review proceedings that are the subject of this appeal and participated in those reviews by filing comments and written arguments with the International Trade Commission, among other things. Plaintiff has standing to commence this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

   (Name and standing of plaintiff)

2. Cleveland-Cliffs Inc. contests the negative determination of the U.S. International Trade Commission in the five-year review of the antidumping duty order on carbon and alloy steel cut-to-length plate from Brazil (ITC Case No. 731-TA-1319), which led to the revocation of the antidumping duty order on imports of these products from Brazil by the U.S. Department of Commerce. *See Carbon and Alloy Steel Cut-To-Length Plate from Austria, Belgium, Brazil, China, France, Germany, Italy, Japan, South Africa, South Korea, Taiwan, and Turkey*, 88 Fed. Reg. 7462 (U.S. Int'l Trade Commission, February 3, 2023); *see also Certain Carbon and Alloy Steel Cut-To-Length Plate from Austria, Belgium, Brazil, the People's Republic of China, France, the Federal Republic of Germany, the Republic of Korea, Italy, Japan, South Africa, Taiwan, and the Republic of Turkey: Continuation of Antidumping Duty Orders (Austria, Belgium, the People's Republic of China, France, the Federal Republic of Germany, the Republic of Korea, Italy, Japan, South Africa, Taiwan, and the Republic of Turkey), and Revocation of Antidumping Duty Order (Brazil)*, 88 Fed. Reg. 8802 (Dep't of Commerce, February 10, 2023).

   (Brief description of contested determination)

**SEE REVERSE SIDE**

3.     January 31, 2023
      (Date of determination)

4.     February 3, 2023 (88 Fed. Reg. 7462)
      (If applicable, date of publication in Federal Register of notice of contested determination)

  */s/ Stephen P. Vaughn*　　　　　　　　Stephen P. Vaughn
  Signature of Plaintiff's Attorney　　　1700 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
  March 3, 2023　　　　　　　　　　　202-737-0500
      Date　　　　　　　　　　　　　　svaughn@kslaw.com

**SEE REVERSE SIDE**

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
26 Federal Plaza
Room 346, Third Floor
New York, NY 10278


Supervising Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044


The Honorable Katherine M. Hiner
Acting Secretary
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20486