# UNITED STATES COURT OF INTERNATIONAL TRADE
# BEFORE THE HONORABLE GARY S. KATZMANN, JUDGE

|  |  |
|---|---|
| **CLEVELAND-CLIFFS INC.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Court No. 23-00050-GSK |
| ) | |
| **UNITED STATES,** ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed this stipulation of dismissal which is signed by all parties who have appeared in this action, hereby dismisses this action.

Dated: April 19, 2024

/s/ Stephen P. Vaughn
Stephen P. Vaughn, Esq.
Neal J. Reynolds, Esq.
**KING & SPALDING LLP**
1700 Pennsylvania Ave., N.W.
Washington, DC 20006
(202) 737-0500
*Counsel for Plaintiff Cleveland-Cliffs Inc*.

/s/ Christopher B. Weld
Alan H. Price, Esq.
Christopher B. Weld, Esq.
**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
*Counsel for Plaintiff-Intervenor Nucor Corporation*

        */s/ Jeffrey D. Gerrish*
        Roger B. Schagrin, Esq.
        Jeffrey D. Gerrish, Esq.
        **SCHAGRIN ASSOCIATES**
        900 Seventh Street, N.W.
        Suite 500
        Washington, DC 20001
        *Counsel for Plaintiff-Intervenor SSAB Enterprises LLC*

        */s/ Andrea C. Casson*
        Andrea C. Casson, Esq.
        Courtney McNamara, Esq.
        **U.S. INTERNATIONAL TRADE COMMISSION**
        500 E Street, SW
        Washington, DC 20436
        202-708-5452
        andrea.casson@usitc.gov
        *Counsel for Defendant U.S. International Trade Commission*

        */s/ Chunlian Yang*
        Chunlian Yang, Esq.
        **ALSTON & BIRD LLP**
        950 F Street, NW
        Washington, DC 20004
        202.239.3490
        Lian.Yang@alston.com
        *Counsel for Defendant-Intervenor Usinas Siderurgicas de Minas Gerais S.A.*

## ORDER OF DISMISSAL

This action, having been voluntarily stipulated for dismissal by all parties who have appeared in this action, is dismissed.

Dated: April 19, 2024

Clerk, U.S. Court of International Trade

By: /s/ Geoffrey Goell
     Deputy Clerk